UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Rohit Pande;** <br> **Puneet Sandhu Pande**; and Does 1-10, <br><br> Defendants. | Case: No.5:20-CV-04051-SVK <br><br> [proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE **AS MODIFIED BY THE COURT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include **SEPTEMBER 7, 2020.**

2. **If a joint site inspection by each side as provided for in General Order 56 is not possible because of COVID-19 restrictions, the Parties are ORDERED TO MEET AND CONFER AND AGREE UPON alternative feasible means of conducting the inspection, such as, by way of example, an inspection where one side participates via recorded video conference or separate inspections by each side, with the other side participating by recorded video conference.**

3. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: July 21, 2020

_Susan van Keulen_
HONORABLE SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE