UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ROHIT PANDE, et al.,<br><br>    Defendants. | Case Nos.  20-cv-04051-SVK and<br>20-cv-04692-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiff and/or the mediator report that these cases have settled.  Case No. 20-cv-04051-SVK at Dkt. 26, 27; Case No. 20-cv-04692-SVK at Dkt. 27.  All previously-scheduled deadlines and appearances are vacated.

By **February 16, 2021**, the parties shall file a stipulation of dismissal in each case.  If a dismissal is not filed by the specified date, then the parties shall appear on **February 23, 2021 at 1:30 p.m.** and show cause, if any, why the cases should not be dismissed.  Additionally, the parties shall file a statement in response to this Order in each case no later than **February 16, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: November 30, 2020

SUSAN VAN KEULEN
United States Magistrate Judge