UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ROHIT PANDE, et al.,<br><br>        Defendants. | Case Nos. 20-cv-04051-SVK and 20-cv-04692-SVK<br><br>**ORDER RE RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 29 |

On November 30, 2020, the Court ordered the Parties to file a statement in response to the Order to Show Cause re Settlement describing the parties' efforts to finalize settlement and whether additional time is necessary. Dkt. 28. On February 15, 2021, Plaintiff filed a response to the Order to Show Cause, indicating that additional time is needed and that the parties request that the dismissal deadline be continued to March 8, 2021. Dkt. 29. Accordingly, the parties are **ORDERED** to file a stipulation of dismissal no later than **March 8, 2021**. If a stipulation of dismissal is not filed by the specified date, the parties shall appear on **March 23, 2021 at 11:00 a.m.** and show cause as to why the case should not be dismissed with prejudice.

**SO ORDERED.**

Dated: February 16, 2021

SUSAN VAN KEULEN
United States Magistrate Judge